## AUGUSTUS PORTER, BENJAMIN BARTON, PETER B. PORTER, JAMES L. BARTON, SHELDON THOMPSON AND NATHANIEL SILL, MERCHANTS TRADING UNDER THE FIRM OF SILL, THOMPSON & CO., *versus* JOHN McDONELL

JOURNAL ENTRIES (1820–30): *Journal 3:* (1) Special bail *p. 43; (2) motion for bill of particulars *p. 217-b; (3) rule for special bail or procedendo *p. 222; (4) appearance *p. 233. *Journal 4:* (5) Motion for rule to show cause against set off of judgment MS p. 15; (6) continued MS p. 93; (7) jury trial, demurrer to evidence, verdict MS p. 139; (8) demurrer to evidence overruled, judgment MS p. 198; (9) motion to set off judgment MS p. 201; (10) motion for stay of execution MS p. 203; (11) motion for set off argued, case submitted MS p. 327; (12) motion for set off overruled MS p. 351; (13) motion for stay of execution MS p. 354.

PAPERS IN FILE: (1) Precipe for habeas corpus and certiorari; (2) writ of habeas corpus cum causa; (3) transcript of county court record; (4) precipe for subpoena; (5) subpoena; (6) motion to show cause why judgment against Porter should not be set off against plaintiffs' claim; (7) affidavit for continuance; (8) declaration; (9) recognizance of special bail; (10) plea of non assumpsit; (11) bill of particulars; (12) precipe for subpoena; (13–15) subpoenas; (16) verdict; (17) demurrer to evidence and joinder; (18) affidavit of John McDonell; (19) motion to set off judgment; (20) affidavit of John McDonell; (21) promissory note.

*Office Docket*, MS p. 110, c. 9. (Case 61 of 1820) Recorded in *Book C*, MS pp. 175–82.